PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Pedro Santiago |
| **Docket Number:** | 1:00CR05209-12 OWW |
| **Offender Address:** | Delano, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | January 7, 2002 |
| **Original Offense:** | 21 USC 843(b) - Use of a Communication Facility in Connection with a Drug Offense<br>(CLASS E FELONY) |
| **Original Sentence:** | 48 mos. BOP; 12 mos. Supervised Release; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | Search; drug treatment and testing; not possess paging device or cellular phone without probation officer permission; abstain from alcoholic beverages; register as required in jurisdiction as drug offender |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | June 15, 2005 |
| **Assistant U.S. Attorney:** | Kathleen A. Servatius   **Telephone:** (559) 499-4000 |
| **Defense Attorney:** | Barbara O'Neill   **Telephone:** (559) 459-0655 |

**Other Court Action:**

<u>**08-02-05**</u>:   Probation Form 12A1 - Report of Offender Non-Compliance submitted advising the Court of illicit drug use.

Rev. 04/2005
PROB12A1.MRG

**RE:   Pedro Santiago**
       **Docket Number:   1:00CR05209-12 OWW**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   NEW LAW VIOLATION**

**Details of alleged non-compliance:** On April 21, 2006, Mr. Santiago was arrested by the Delano Police Department and charged with PC 243(e)(1) - Spousal Battery. Mr. Santiago appeared in Delano Superior Court on April 25, 2006, in regard to case number DM071948A. Mr. Santiago pled not guilty to a misdemeanor Spousal Battery and the case has been continued to May 10, 2006, for a pretrial conference.

**United States Probation Officer Plan/Justification:** The probation officer recommends that no action be taken at this time. The alleged victim was contacted by the probation officer and she stated she did not want to pursue the matter. She stated that her ex-husband is a good father and has never hit her in her life. Mrs. Santiago further stated that they had an argument and he wanted her to leave and pushed her. Mrs. Santiago stated that she was dropping off the kids and she would not do that if she thought they or her were ever in any danger.

RE:   **Pedro Santiago**
      Docket Number:   **1:00CR05209-12 OWW**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

Respectfully submitted,

/s/ Thomas A. Burgess
**THOMAS A. BURGESS**
**Senior United States Probation Officer**
Telephone:  (661) 861-4203

**DATED:**   May 8, 2006
             Bakersfield, California
             TAB:dk

             /s/ Rick C. Louviere
**REVIEWED BY:** _____
             **RICK C. LOUVIERE**
             **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( X    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(  )   Submit a Request for Modifying the Conditions or Term of Supervision.

(  )   Submit a Request for Warrant or Summons.

(  )   Other:

IT IS SO ORDERED.

**Dated:   May 18, 2006**              /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Rev. 04/2005
PROB12A1.MRG